UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:14-cr-00137-JMS-DML |
| | ) |
| JAMES WILLIAMS (01), | ) |
| | ) |
| Defendant. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation [dkt. 16] that James Williams' supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court **APPROVES and ADOPTS** Magistrate Judge LaRue's Report and Recommendation [dkt. 16]. The Court finds that Mr. Williams committed Violation Numbers 1, 2 and 3, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt #6]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and James Williams is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day imprisonment with no supervised release to follow. The Court further recommends placement at the lowest security housing facility located at FCI Milan.

So ORDERED.

Date: August 9, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal